NO. 07-07-0003-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MARCH 7, 2007
_____

EUGENE WELCH,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 108th DISTRICT COURT OF POTTER COUNTY;

NO. 53,245-E; HON. ABE LOPEZ, PRESIDING
_____

***ORDER OF DISMISSAL***
_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant, Eugene Welch appeals his conviction for aggravated robbery. The certification of right to appeal executed by the trial court states that the "defendant has waived the right of appeal." This circumstance was brought to the attention of appellant by letter dated February 23, 2007, and ten days were granted him to obtain an amended certification entitling him to appeal or otherwise explain why the appeal should continue. Within that period, appellant requested counsel but did not tender an amended certification

nor explain why the appeal should not be dismissed.  Nor did he ask for an extension of time to do either.

No certification permitting the appeal having been filed, we dismiss the appeal per Texas Rule of Appellate Procedure 25.2(d).

The appeal is dismissed.

Per Curiam

Do not publish.